Argued and submitted February 28, affirmed April 5, 2006

In the Matter of the Compensation of
John E. Sampson, Claimant.

SAIF CORPORATION
and Glaspro, Inc.,
*Petitioners,*

*v.*

John E. SAMPSON;
Liberty Northwest Insurance Corporation/
Action Auto Glass;
Employers Insurance of Wausau/
Safelite Glass Corporation;
and SAIF Corporation/Action Auto Glass,
*Respondents.*

03-00842, 01-09554, 01-01130, 01-07009;
A126483

132 P3d 681

James W. Moller argued the cause and filed the opening brief for petitioners. With him on the reply brief was Scheminske & Lyons, LLP.

David O. Wilson argued the cause and filed the brief for respondents Liberty Northwest Insurance Corporation and Action Auto Glass.

David L. Runner argued the cause and filed the brief for respondents SAIF Corporation and Action Auto Glass.

Ronald A. Fontana and Fontana & Takaro, P.C., filed the brief for respondent John E. Sampson.

Mark P. Bronstein and Law Offices of Mark P. Bronstein filed the brief for respondents Employers Insurance of Wausau and Safelite Glass Corporation.

Before Haselton, Presiding Judge, and Edmonds and Rosenblum, Judges.

PER CURIAM

Affirmed. *SAIF v. Yokum*, 132 Or App 18, 887 P2d 380 (1994).